

# EXHIBIT "A"

Jan 25-30
iFix Screens Commack
"Training" w/ Eslam El-Labban

| 1/25 | 1/26 | 1/27 | 1/28 | 1/29 | 1/30 |
|------|------|------|------|------|------|
| 3-8pm | 5:30-8pm | 5-8pm | 3-8pm | 3-8pm | 5-15 |
| 5h | 4.5h | 5h | 5h | 5h | |

Total Hours
32.5

---

IZZMATIC INNOVATIONS LLC
42 JERICHO TPKE
COMMACK, NY 11725-3009

168

DATE 02-22-16

PAY TO THE ORDER OF  Eric Meindel     $100.60

One Hundred Dollars & zero cents  DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO: Training Jan 25th-31st