# EXHIBIT "B"

**MOBILITY CENTER, INC.**
**WALT WHITMAN-2**
3205 MIDDLE COUNTRY RD.
LAKE GROVE, NY 11755-2115

1-2
210 3889

**178**

DATE 2/29/2016

PAY TO THE
ORDER OF Anthony Negron                          $ 733.69

Seven hundred thirty three D 69/100                          DOLLARS

**CHASE ⬡**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Feb5 - Feb18

⑆021000021⑆    791306199⑈0178

< **Feb 5 – Feb 18**

| Total hours | 94.19 |
|---|---|

FRIDAY, FEBRUARY 5, 2016    8.45

**9:35a–6:02p**
at Walt Whitman Mall as Level 2 tech

SATURDAY, FEBRUARY 6, 2016    7.63

**2:13p–9:51p**
at Walt Whitman Mall as Level 2 tech

SUNDAY, FEBRUARY 7, 2016    8.60

**10:44a–7:20p**
at Walt Whitman Mall as Level 2 tech

WEDNESDAY, FEBRUARY 10, 2016    8.58

**12:58p–9:33p**
at Walt Whitman Mall as Level 2 tech

THURSDAY, FEBRUARY 11, 2016    12.15

**9:30a–9:39p**

Today    Schedule    Time Sheets    Requests    More

< **Feb 5 - Feb 18**

**Total hours** **94.19**

FRIDAY, FEBRUARY 12, 2016 8.28

**10a–6:17p**
at Walt Whitman Mall as Level 2 tech

SATURDAY, FEBRUARY 13, 2016 7.45

**2:03p–9:30p**
at Walt Whitman Mall as Level 2 tech

SUNDAY, FEBRUARY 14, 2016 8.28

**10:40a–6:57p**
at Walt Whitman Mall as Level 2 tech

MONDAY, FEBRUARY 15, 2016 7.55

**9:30a–5:03p**
at Walt Whitman Mall as Level 2 tech

WEDNESDAY, FEBRUARY 17, 2016 8.60

**9:25a–6:01p**
at Walt Whitman Mall as Level 2 tech

 Today    Schedule    Time Sheets    Requests    More

# Feb 5 - Feb 18

## Total hours                        94.19

SATURDAY, FEBRUARY 13, 2016          7.45
2:05p–9:30p
at Walt Whitman Mall as Level 2 tech

SUNDAY, FEBRUARY 14, 2016            8.28

**10:40a–6:57p**
at Walt Whitman Mall as Level 2 tech

MONDAY, FEBRUARY 15, 2016            7.55

**9:30a–5:03p**
at Walt Whitman Mall as Level 2 tech

WEDNESDAY, FEBRUARY 17, 2016         8.60

**9:25a–6:01p**
at Walt Whitman Mall as Level 2 tech

THURSDAY, FEBRUARY 18, 2016          8.62

**9:36a–6:13p**
at Walt Whitman Mall as Level 2 tech

 Today    Schedule    Time Sheets    Requests    More