**EXHIBIT "F"**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
ERIC MEINDL and ANTHONY NEGRON, on behalf of themselves and all others similarly situated,

                               Plaintiffs,

    - against -

MOBILTY CENTER, INC. d/b/a I FIX SCREENS, IZZMATIC INNOVATIONS LLC d/b/a I FIX SCREENS, I FIX SCREENS ASTORIA BLVD, LLC, I FIX SCREENS GREAT NECK, LLC, I FIX SCREENS NYC, LLC, I FIX SCREENS FLORIDA, INC., KAMRAN FAISAL AND ABED ZIADA.

                               Defendants.
------------------------------------------------------------------------ X

**Case No.**
**2:16-cv-05894-JMA-GRB**

## Proposed E-mail Notice

**From:** Saranicole Duaban <sduaban@shulmankessler.com>
**Sent:** [Date]
**To:** <First Name> <Last Name> <Email Address>
**Subject:** Notice of Pendency – I Fix Screens Overtime Lawsuit

*This is a court authorized notice. This is not a solicitation or advertising from a lawyer.*

**IF YOU WORKED FOR
I FIX SCREENS
AS A CELL PHONE REPAIR TECHNICIAN:**

**PLEASE READ THE ATTACHED NOTICE AND CONSENT FORM CAREFULLY
THIS COULD AFFECT YOUR LEGAL RIGHTS**

Saranicole A. Duaban, Esq.
Shulman Kessler LLP
534 Broadhollow Road, Suite 275
Melville, New York 11747
t - 631.499.9100
f - 631.499.9120
www.shulmankessler.com

*\*\*Licensed to practice in New York State only.*

CONFIDENTIALITY NOTICE: This email transmission, and any documents, files or previous email messages attached to it may contain confidential or privileged information. If you are not the intended recipient, or a person responsible for delivering it to the intended

recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by reply email and destroy the original transmission and its attachments without saving them in any manner.  Thank you.